UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19- 4023 JJO

UNITED STATES OF AMERICA

vs.

NICK CATY, JR., and
ALAIN JEANVILLE,

        Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   _____ Yes   __x__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   _____ Yes   __x__ No

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY: _____
        Eli S. Rubin
        Assistant United States Attorney
        Court ID No. A5502535
        99 N.E. 4th Street
        Miami, Florida 33132
        (305) 961-9247
        Email: Eli.Rubin@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>NICK CATY, JR. AND ALAIN JEANVILLE<br><br>*Defendant(s)* | Case No. 19-4023 JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  JULY 15 THROUGH DECEMBER 16, 2019,  in the county of  Miami-Dade  in the  Southern  District of  Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1704 | Keys or locks stolen or reproduced |
| 18 U.S.C. § 1708 | Theft or receipt of stolen mail matter generally |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremiah Moberg, Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/17/2019

_____
*Judge's signature*

City and state:  Miami, Florida

Hon. John J. O'Sullivan
*Printed name and title*

## AFFIDAVIT

I, Jeremiah Moberg, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's Headquarters External Crimes Team. I have been an Inspector for USPIS since August 2015. My responsibilities include investigating of robberies, burglaries, identity theft, and mail theft. I have received training in criminal investigation procedures and criminal law and have conducted numerous criminal investigations involving mail theft.

2. This affidavit is being submitted for the limited purpose of establishing probable cause that defendant NICK CATY JR. ("CATY") and ALAIN JEANVILLE ("JEANVILLE"):

   a. did steal, take, or abstract from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, any letter, postal card, package, bag, or mail, in violation of 18 U.S.C. §§ 1708 and 2; and

   b. did possess a key suited to any lock adopted by the Post Office Department or the Postal Service and in use on any of the mails or bags thereof, or any key to any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter, with the intent to unlawfully or improperly use, steal, or otherwise dispose of the same, or to cause the same to be unlawfully or improperly used, sold, or otherwise disposed of, in violation of 18 U.S.C. §§ 1704 and 2.

Accordingly, this affidavit does not contain all the facts known to me concerning this investigation. The facts contained in this affidavit are based on my personal knowledge and information provided to me by others, including other law enforcement officers.

3. On May 24, 2019, Postal Inspectors received a call from a North Miami Post Office supervisor who reported that a maintenance employee at the Windwood Condominium Complex ("Windwood") located at 16751 NE 9th Ave in North Miami, Florida, observed two individuals, on May 19, 2019, leaving the mailroom at the complex and locking it with a key. Postal Inspectors initiated an investigation into mail theft at the complex.

4. On June 10, 2019, USPIS employees installed two surveillance cameras in the mailroom of the complex.

5. During the months of June, July, and August, law enforcement reviewed surveillance camera footage from the complex and identified at least eight incidents of mail theft. On two occasions, July 15 and August 19, 2019, surveillance footage shows CATY and JEANVILLE entering the mailroom using what appears to be a United States Postal Service (USPS) master key. The master key opens mailboxes, mailrooms and certain entrances to residences and apartment complexes. The mailroom in which CATY and JEANVILLE entered is only accessible by using a master key. In both instances, CATY is observed rifling through the mail from various mailboxes and stealing various pieces of U.S. Mail with unknown contents, while JEANVILLE stays outside of the mailroom and appears to act as a lookout.

6. On or about September 16, 2019, Postal Inspectors learned of another nearby apartment complex, Center Court Apartments ("Center Court"), located at 14797 NE 18th Avenue in North Miami, Florida, potentially being victimized by mail thieves. Center Court has four buildings, each with its own mailroom. On October 18, 2019, a camera was installed in one of the mailrooms.

7. Surveillance footage from October 21, 22, 23, and 24, 2019, shows CATY entering the mailroom, looking through the mail from various mailboxes, and stealing various pieces of U.S. Mail with unknown contents.

8. On December 16, 2019, Postal Inspectors and officers of the North Miami Beach Police Department (NMBPD) and North Miami Police Department (NMPD) conducted a surveillance operation at the Center Court to apprehend the mail thieves. A camera had been installed in a second mailroom at Center Court.

9. At approximately 6:40 p.m., CATY and JEANVILLE approached the apartment complex and entered at least two mailrooms. For each mailroom, JEANVILLE used the key to open the door while CATY entered to retrieve the mail. The mailrooms are only accessible by using the master key. JEANVILLE stood outside the mailroom apparently as a look out.

10. At approximately 7:20 p.m., CATY and JEANVILLE attempted to exit the apartment complex in a white Nissan Maxima. NMPD officers turned on their sirens and pulled over the vehicle. Officers instructed CATY and JEANVILLE to exit their vehicle. The two initially failed to comply but were subsequently detained outside the vehicle.

11. After the defendants had been detained, a NMPD officer found the master key on the ground beside the vehicle, where CATY's foot had been, in plain view. Law enforcement confirmed it was the master key used to open the mailrooms based on its similarity to a genuine master key. Within the vehicle, beside the front passenger seat, in plain view, were four items of mail addressed to Center Court residents.

12. Based on the above facts, I submit that there is probable cause to believe that ALAIN JEANVILLE and NICK CATY JR. did knowingly steal, take, and abstract any letter and mail and an article and thing contained therein from and out of mailboxes and did possess a key

suited to an authorized receptacle for the deposit or delivery of mail matter with the intent to unlawfully or improperly use, steal, or otherwise dispose of the same, or to cause the same to be unlawfully or improperly used, sold, or otherwise disposed of, in violation of Title 18, United States Code, Sections 1704 (keys or locks stolen or reproduced), 1708 (mail theft), and 2 (aiding and abetting),

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JEREMIAH MOBERG
POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE

Sworn to and subscribed before me this

__17__ day of December 2019.

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

4